HELEN M. FEINBERG, as Administratrix of the Estate of SAMUEL S. FEINBERG, Deceased, Respondent, v. ALFRED E. FIEGEL, Appellant.— Order affirmed,

with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. The verified bill of particulars to be served within ten days after completion of the examination. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.